# MINIMUM / MAXIMUM PENALTY FORM

## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. Bilal Mustafa Hatim

Case Number: 3:26 CR-210-MEO

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 21 USC 846 and 21 USC 841(b)(1)(A) | 10 Years | a mandatory minimum term of 10 years imprisonment, maximum term of life imprisonment, a maximum fine of $10,000,000, and at least 5 years of supervised release. |
| 2-3 | 21 USC 841(a)(1) and 21 USC 841(b)(1)(A) | 10 Years | mandatory minimum term of 10 years imprisonment, maximum term of life imprisonment, a maximum fine of $10,000,000, and at least 5 years of supervised release. |
| 4 | 21 USC 841(a)(1) and 21 USC 841(b)(1)(B) | 5 years | mandatory minimum term of 5years imprisonment, maximum term of life imprisonment, a maximum fine of $5,000,000, and at least 4 years of supervised release. |
| 5 | 18 U.S.C. § 924(c)(1)(A)(i) | 5 years | Not less than 5 years' imprisonment nor more than life imprisonment, to be served consecutive to any other sentence; A fine not to exceed $250,000, or both fine and imprisonment; Not more than 5 years' supervised release; $100 special assessment; and restitution, if applicable. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| IS THE DEFENDANT AN ARMED CAREER CRIMINAL?<br>* For 922(g) cases only | ☐ YES | ☒ NO |
| HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?<br>* For drug cases only | ☐ YES | ☒ NO |
| DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?<br>* 18 U.S.C. 924(C) ONLY | ☐ YES | ☒ NO |
| IF YES | ☐ BRANDISH | |
| | ☐ DISCHARGE | |